# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RANDY SCHAFER, ET AL**                                                    **PLAINTIFFS**

**v.**                              **CASE NO. 4:06CV01407**

**RICELAND FOODS, INC., ET AL**                                             **DEFENDANTS**

## ORDER OF REASSIGNMENT

Due to the death of Judge George Howard, Jr., the Clerk has been delegated the authority to randomly reassign closed civil cases with pending matters that were originally assigned to Judge Howard. Therefore, this case is now reassigned to the docket of Judge **Brian S. Miller**.

Dated this 17th day of September, 2009.

                                        JAMES W. McCORMACK
                                        CLERK OF COURT


                                        By: /s/ Brenda Williams
                                             Deputy Clerk


cc:   Hon. Brian S. Miller
      Courtroom Deputy
      Counsel of Record