DOC# 2009002809

FILED

IN THE CIRCUIT COURT OF LONOKE COUNTY, ARKANSAS
(CIVIL DIVISION)

2009 SEP 15 PM 12: 11

CASE NO. CV-2006-413

DEBORAH OGLESBY
LONOKE CO. CIRCUIT CLERK
BY_____
           DEPUTY

RANDY SCHAFER; END OF THE ROAD FARMS,
INC.; SCHAFER PLANTING CO., a partnership;
WALLACE FARMS, a partnership; ROBERT E.
MOERY, individually and in his capacity as
Trustee of the Robert Moery revocable trust;
KYLE MOERY; CARTER FARMS PARTNERSHIP,
a partnership, PETRUS FARMS, INC., ROBERT
PETRUS, individually and in his capacity as Trustee
of the Robert Petrus revocable trust; R & B AMADEN
FARMS, a partnership; RANDALL J. SNIDER;
R & S Planting Company, Inc., S & R FARMS, a
partnership; A. S. KELLY AND SONS, a partnership;
and NEIL DANIELS FARMS, a partnership, GARNER LAND
COMPANY, LLC; and LITTLE TWIST LAND COMPANY, LLC,     PLAINTIFFS

VS

RICELAND FOODS, INC.; BAYER CROPSCIENCE LP;
BAYER CROPSCIENCE HOLDING, INC.; BAYER
CORPORATION; BAYER CROPSCIENCE AG, a German
Corporation; BAYER AG, a German Corporation; BAYER
BIOSCIENCE NV, a Belgian Corporation; BAYER
CROPSCIENCE HOLDING, SA, a French Corporation.
"JOHN DOE," an Individual, and Unknown Individuals
or Corporations A-P,                                 DEFENDANTS

---

### ORDER GRANTING MOTION FOR NON-SUIT AGAINST DEFENDANT RICELAND FOODS, INC.

Upon motion of the Plaintiffs to non-suit the within cause as to separate Defendant Riceland Foods, Inc., and for good cause shown, all claims as to Defendant Riceland Foods, Inc., shall be, and hereby are, dismissed without prejudice. All other Defendant's shall remain unaffected.

IT IS SO ORDERED.

_____
Circuit Judge

_____9-15-09_____
Date

APPROVED:

Hare, Wynn, Newell and Newton, LLP
4220 N. Rodney Parham Rd., Suite 250
Little Rock, Arkansa s72212
501-225-5500

By: _____
PAUL BYRD, ABN 85020
Attorney for Plaintiff

```
CERTIFICATE OF RECORD
DOC# CV200902809
09/15/2009              03:38:35 PM
Filed & Recorded in Official Records of
LONOKE COUNTY
DEBORAH OGLESBY CIRCUIT CLERK
Fees $0.00
BY_____D.C.
```