# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RANDY SCHAFER; END OF THE ROAD FARMS,
INC.; SCHAFER PLANTING CO., a partnership;
WALLACE FARMS, a partnership; ROBERT E.
MOERY; KYLE MOERY; CARTER FARMS
PARTNERSHIP, a partnership; PETRUS FARMS,
INC.; ROBERT PETRUS; PETRUS SEED &
GRAIN CO., INC.; GOSNEY FARMS, a partnership;
RANDALL AMADEN; R & B AMADEN FARMS,
a partnership; RANDALL J. SNIDER;
S & R FARMS, a partnership;
A. S. KELLY AND SONS, a partnership;
and NEIL DANIELS FARMS, a partnership,

                       PLAINTIFFS

VS.         NO. 4:06-CV-1407

RICELAND FOODS, INC.; BAYER CROPSCIENCE
LP; BAYER CROPSCIENCE USA HOLDING II,
INC.; BAYER CROPSCIENCE USA LP, JOHN "DOE",
an Individual: and Unknown Individuals or Corporations
A-P

                       DEFENDANTS

## NOTICE OF APPEARANCE

  Comes now Scott A. Powell and enters his name as one of the attorneys for the plaintiffs in the above-captioned case.

                 Respectfully submitted,

                 s/Scott A. Powell
                 Scott A. Powell ASB-7523-L60S
                 Attorney for Plaintiffs

**Of Counsel**:
HARE, WYNN, NEWELL & NEWTON
Suite 800, The Massey Building
2025 3rd Avenue North
Birmingham, Alabama  35203
Tel:  (205)  328-5330
Fax:  (205) 324-2165
scott@hwnn.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2009, a copy of the foregoing was filed electronically.  Notice of this filing  will be sent electronically by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Jerry Kelly **jkelly@kellylawfirm.net**,  **mchaney@kellylawfirm.net**

John Paul Byrd
**paulbyrd@hwnn.com**  **paulbyrd@aritotle.net**  amber@hwnn.com, **vicki@hwnn.com**

Barry Deacon **bdeacon@barrettldeacon.com**,  **crogers@barrettdeacon.com**

Edwin L. Lowther, Jr. **elowther@wlj.com**, **mgoss@wlj.com**, **srice@wlj.com**

Gordon S. Rather, Jr. **grather@wlj.com**, **ngriffin@wlj.com**, **tking@wlj.com**

Ralph W. Waddell **rwaddell@barrettdeacon.com**, **kcrum@barrettdeacon.com**

Larry K. Cook **lkc@larrycookpa.com**, **carol@larrycookpa.com**

R. Margaret Dobson **Margaret@thedobsonlwfirm.com. amanda@thedobsonlawfirm.com**

James J. Thompson, Jr. **jt@hwnn.com**, **betty@hwnn.com**

Scott Andrew Irby **sirby@wlj.com**, **cdavis@wlj.com**, **mbush@wlj.com**


                                                  s/Scott A. Powell
                                                  Scott A. Powell