**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHARLES E. CUMMINS**                                                                    **PLAINTIFF**

v.                              **CASE NO. 5:09-CR-00221 BSM**

**LARRY NORRIS, et. al**                                                                  **DEFENDANTS**

## ORDER

Plaintiff Charles E. Cummins requests copies of the answer filed by defendants Ramona A. Huff, Sharon King, and Dr. Robert Rectenwald (Doc. No. 28) and the motion to dismiss filed by defendant Correctional Medical Services (CMS) (Doc. No. 29). Cummins also requests extensions of time to reply to the answer and the motion to dismiss (Doc. No. 48). Cummins' requests are granted and the clerk is directed to mail copies of the answer and motion to dismiss (Doc. Nos. 28 and 29) to Cummins. Cummins has up to and including November 24, 2009 to file his responses to the answer and the motion to dismiss.

IT IS SO ORDERED this 3rd day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE